IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SHERRY ECHEVERRIA, *on behalf of herself and those similarly situated*,<br><br>    **Plaintiff,**<br><br>v.<br><br>AYVAZ PIZZA, LLC; PALO ALTO, INC.; SHOUKAT DHANANI; ROB ALVARADO; LINDA ALVARADO; DOE CORPORATION 1-10; and JOHN DOE 1-10;<br><br>    **Defendants.** | Case No. 2:23-CV-00134-GJF-KRS |

## ORDER

Having considered Defendants AYVAZ PIZZA, LLC's and SHOUKAT DHANANI's (collectively, the "Ayvaz Defendants") Unopposed Motion for Extension of Time to File Responsive Pleading [Doc. 16], the Court hereby GRANTS the Ayvaz Defendants' aforesaid Motion. IT IS ORDERED that the Ayvaz Defendants shall respond to Plaintiff's Complaint by or on May 23, 2023.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE