IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHERRY ECHEVERRIA, on behalf of herself
and those similarly situated,

    Plaintiff,

vs.                                                    No. CIV 23-0134 JB/KRS

AYVAZ PIZZA, LLC; PALO ALTO, INC.;
SHOUKAT DHANANI; ROB ALVARADO;
LINDA ALVARADO; DOE CORPORATION
1-10; and JOHN DOE 1-10;

    Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed September 3, 2024 (Doc. 86)("Notice"). In the Notice, Plaintiff Sherry Echeverria "voluntarily dismisses her claims against all Defendants, with prejudice." Order at 1. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58 of the Federal Rules of Civil Procedure, Final Judgment and dismisses the Plaintiff's claims against the Defendants with prejudice.

    **IT IS ORDERED** that: (i) the Plaintiff's claims against all Defendants are dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Andrew Kimble
Emily Hubbard
Joseph Scherpenberg
Biller & Kimble, LLC
Cincinnati, Ohio

-- and --

Andrew Biller
Biller & Kimble, LLC
Columbus, Ohio

-- and --

Christopher M. Moody
Moody & Stanford, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Joel W. Rice
Franklin Z. Wolf
Fisher & Phillips LLP
Chicago, Illinois

-- and --

Teresa S. Valderrama
Fisher & Phillips LLP
Houston, Texas

    *Attorneys for Defendants*